**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOSHUA LORENCZ,<br><br>Plaintiff,<br><br>v.<br><br>ENVISTA FORENSICS, LLC,<br><br>Defendant. | Civil Action No. |

**DEFENDANT ENVISTA FORENSICS, LLC'S**
**<u>NOTICE OF REMOVAL</u>**

Defendant Envista Forensics, LLC ("Envista") in the state-action, by its attorneys and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this case from the Superior Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of its Notice of Removal, Envista states as follows:

**<u>BACKGROUND AND TIMELINESS</u>**

1. On July 3, 2025, Joshua Lorencz ("Plaintiff") commenced a civil action against Envista by filing a Complaint in the Superior Court of Fulton County, Georgia, entitled *Joshua Lorencz v. Envista Forensics, LLC*, Case No. 25CV009097.

2. Envista was served with Plaintiff's Complaint on July 7, 2025. All process, pleadings, and orders served upon or by Envista, are attached as **Exhibit A**.

These documents constitute all "process, pleadings, and orders" served upon Envista in the state court action as required by 28 U.S.C § 1446(a).

3. This Notice of Removal is timely, as Envista has filed this Notice of Removal within thirty days of service of Plaintiff's Complaint, which alleged a claim for declaratory judgment.

4. Envista is the only defendant in this matter.

**<u>THIS CASE IS REMOVABLE BASED UPON DIVERSITY JURISDICTION</u>**

5. This case is removable based upon diversity jurisdiction. Plaintiff is a citizen of Texas and Envista is a citizen of Missouri and Georgia as hereinafter described:

A. Envista is a limited liability company organized and existing under the laws of the State of Georgia and its principal place of business and chief executive office is located in Fulton County, Georgia within this District.

B. Envista is a wholly-owned subsidiary of Cor Partners, Inc., ("Cor Parnters") and Cor Partners is the sole member of Envista.

C. Cor Partners is a corporation that is organized and existing under the laws of the State of Missouri and has its principal place of business and chief executive office in the State of Georgia.

D. Joshua Lorencz is a natural person and a former employee of Envista and is a resident of Texas, as stated in his Complaint.

E. The amount in controversy is met because Envista seeks to protect trade secrets and other confidential information, customer relationships, and goodwill of Envista having a value far in excess of Five Hundred Thousand Dollars ($500,00), exclusive of interest and costs.

6. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending."

7. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332, which provides "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—(1) citizens of different States."

8. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

## VENUE AND NOTICE TO STATE COURT

9. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Because this action is pending in the Superior Court of Fulton County, Georgia, for purposes of removal, venue is proper in this Court pursuant to 28 U.S.C. §§ 1441 and 1446(a). Envista, therefore, removes this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

10. Promptly upon the filing of this Notice of Removal, Envista shall file a Notice of Filing of Removal to Federal Court, together with a copy of the Notice of Removal, with the Superior County of Fulton County, Georgia, and will serve a copy thereof on Plaintiff, pursuant to 28 U.S.C. § 1446(d). A copy of this Notice (without exhibits) is attached hereto as **Exhibit B.**

## CONCLUSION

11. Envista submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages he seeks may be properly sought).

12. Should Plaintiff seek to remand this case to state court, Envista respectfully asks that it be permitted to brief and argue the issue of this removal prior

to any order remanding this case. In the event the Court decides remand is proper, Envista asks that the Court retain jurisdiction and allow Envista to file a motion asking this Court to certify any remand order for interlocutory review by the Eleventh Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

13. Based on the foregoing, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 due to the parties' citizenship and the amount in controversy. Therefore, the Court properly may exercise jurisdiction over this lawsuit. *See* 28 U.S.C. § 1441.

14. In filing this Notice of Removal, Envista does not waive any, and specifically reserves all, defenses, exceptions, rights and motions. No statement or omission in this Notice shall be deemed an admission of any allegation of or damages sought in the Complaint.

WHEREFORE, Envista submits that this action properly is removable based on original diversity jurisdiction and respectfully requests that the above-described action pending against it be removed to the United States District Court for the Northern District of Georgia, Atlanta Division. Envista also requests all other relief, at law or in equity, to which it justly is entitled.

Dated: August 6, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: *<u>/s/ Mitchell A. Robinson</u>*

Mitchell A. Robinson
Georgia Bar No. 457665
mrobinson@seyfarth.com
Daniel P. Hart
Georgia Bar No. 141679
dhart@seyfarth.com
Natalie Costero
Georgia Bar No. 911778
ncostero@seyfarth.com
Ralph Culpepper III
Georgia Bar No. 953215
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 704-9637
Facsimile: (404) 892-7056

*Attorneys for Defendant*
*Envista Forensics, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF filing system, which will automatically send email notification to all counsel of record.

*/s/ Mitchell A. Robinson*
Mitchell A. Robinson
Counsel for Defendant